PROSKAUER ROSE LLP
Marc A. Mandelman (MM-7162)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

BARRY F. WILLMAN,

                    Plaintiff.

              v.

LAZARD FRERES & CO. AND
LAZARD CAPITAL MARKETS,

                    Defendants.
-----------------------------------------------------X

07 CV 3382 (HB)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, undersigned counsel for Defendants Lazard Frères & Co. and Lazard Capital Markets LLC certifies the following: LFCM Holdings Inc. is the parent corporation of Defendant Lazard Capital Markets LLC; and Defendant Lazard Frères & Co. LLC is wholly-owned by Lazard Group LLC, which is in turn wholly owned by Lazard Ltd.

Dated: New York, New York
June 29, 2007

                                      PROSKAUER ROSE LLP

                                      By:   *s/Marc A. Mandelman*
                                               Marc A. Mandelman (MM-7162)

                                      1585 Broadway
                                      New York, New York  10036-8299
                                      (212) 969-3000
                                      Attorneys for Defendants
                                      Lazard Freres & Co. and Lazard Capital
                                      Markets