PROSKAUER ROSE LLP
Marc A. Mandelman (MM-7162)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARRY F. WILLMAN,                              :
                                               :
                            Plaintiff.         :     07 CV 3382 (HB)
                                               :
            v.                                 :
                                               :
LAZARD FRERES & CO. AND                        :
LAZARD CAPITAL MARKETS,                        :
                                               :
                            Defendants.        :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, SUZETTE IVANOVA, ESQ., certify that I caused copies of the Notice of Taking of Deposition of Barry F. Willman to be served on July 27, 2007 by UPS next day air for Monday delivery, and by electronic mail on the following:

    David Marek, Esq.
    Liddle & Robinson, L.L.P.
    800 Third Avenue
    New York, New York 10022
    Email:  dmarek@liddlerobinson.com

**Attorney for Plaintiff**

_____
SUZETTE IVANOVA, ESQ.