◈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

Barry F. Willman,
                    Plaintiff,
v.

Lazard Freres & Co. And
Lazard Capital Markets
                    Defendants.

APPEARANCE

Case Number: 07 CV 3382 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lazard Freres & Co. and Lazard Capital Markets

I certify that I am admitted to practice in this court.

| 8/21/2007 | | |
|---|---|---|
| Date | Signature | |
| | Suzette Ivanova | SI9513 |
| | Print Name | Bar Number |
| | 1585 Broadway | |
| | Address | |
| | New York          NY | 10036 |
| | City          State | Zip Code |
| | (212) 969-3136 | (212) 969-2900 |
| | Phone Number | Fax Number |