# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Marc A. Mandelman
Senior Counsel

Direct Dial 212.969.3113
mmandelman@proskauer.com

November 9, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

NOV 09 2007

**By Facsimile (212) 805-7901**

Hon. Harold Baer, Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street

Re:   Willman v. Lazard Capital Markets et al., 07 Civ 3382 (HB).

Dear Judge Baer:

We represent the Defendants in the above referenced action. I have spoken with your Law Clerk, Jasmine Elwick, and she advised that we write to you seeking guidance to reconcile your October 23, 2007 endorsement granting the parties an extension of non-expert fact discovery until December 14, 2007, with the dates for filing briefed motions set forth in the pre-trial scheduling order.

In particular, the combination of your October 23, 2007 endorsement and the prior scheduling order appears to require the parties to serve moving papers on a motion for summary judgment at least one week prior to the close of discovery.

If the date for filing a fully submitted dispositive motion is set to January 9, 2008, that will allow the moving papers to be served on the business day following the close of discovery (due to two interim legal holidays) and would still provide the Court with at least 5 weeks to resolve the motion without altering the Court's Trailing Trial Calendar. Plaintiff's counsel does not oppose this request.

Thank you for your consideration.

Sincerely,

*/s/ Marc Mandelman*

Marc A. Mandelman

cc:   David Marek, Esq. (Plaintiff's Counsel - by fax)

[Handwritten endorsement: 11/4/07 — I think endorsement may not — I wanted to decide motion as soon as you wanted — usually 60 days in most — SO ORDERED Harold Baer USDJ]

** TOTAL PAGE.02 **

Endorsement:

I think my endorsement is clear you wanted more time for discovery - I wanted more time to decide motion - usually a minimum 60 days as seen in my PTSO - perfectly clear at least to me.