EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
BARRY F. WILLMAN,                       :
                                        :
                    Plaintiff,          :   07 CV 3382 (HB)
                                        :
          v.                            :
                                        :   **STIPULATION AND ORDER**
LAZARD FRERES & CO. AND                 :   **OF DISMISSAL WITH**
LAZARD CAPITAL MARKETS,                 :   **PREJUDICE**
                                        :
                    Defendants.         :
---------------------------------------X

DEC 17 2007

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Willman and Defendants Lazard Frères & Co. and Lazard Capital Markets LLC, that Willman's individual claims in the above-captioned action are dismissed in their entirety with prejudice. Each party shall bear their own attorneys' fees, costs and disbursements, except as otherwise provided in the parties' confidential settlement agreement.

Dated: December 13, 2007

LIDDLE & ROBINSON LLP                   PROSKAUER ROSE LLP

By: /s/ David Marek                     By: /s/ Marc A. Mandelman
David Marek                             Marc A. Mandelman
800 Third Avenue                        1585 Broadway
New York, New York 10022                New York, New York 10036
(212) 687-8500                          (212) 969-3000
dmarek@liddlerobinson.com               mmandelman@proskauer.com
Attorneys for Plaintiff                 Attorneys for Defendants

SO ORDERED

/s/ Harold Baer, Jr.
Hon. Harold Baer, Jr.
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07

TOTAL P.14